IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER A. ZINDA,                    )
                                      )    2:13-cv-01135-GEB-CKD
            Plaintiff,                )
                                      )    ORDER CONTINUING STATUS
      v.                              )    (PRETRIAL SCHEDULING)
                                      )    CONFERENCE
CREDIT SMART, LLC, a foreign          )
limited liability company; and        )
DOES 1 to 10, inclusive,              )
                                      )
            Defendants.               )
_____      )

        Plaintiff states in her Unilateral Status Report filed August
5, 2013: "As of the date of the filing of this Status Report, Defendant
has yet to file an answer or otherwise appear in this action[,]" and
"Plaintiff anticipates filing a Motion for Entry of Default concurrently
with this Unilateral Status Report." (Unilateral Status Report 2:8-9,
2:22-23; ECF No. 7.)

        Plaintiff shall file a motion for entry of default judgment
before the Magistrate Judge within forty-five days of the date on which
this Order is filed. If Plaintiff fails to timely file the motion,
Plaintiff shall show cause in writing no later than September 30, 2013,
why this action should not be dismissed for failure of prosecution. This
action may be dismissed with prejudice under Federal Rule of Civil
Procedure 41(b) if Plaintiff fails to timely respond to this Order.

Further, the status conference scheduled for hearing on August 19, 2013, is continued to commence at 9:00 a.m. on February 3, 2014. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  August 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge