IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A. ZINDA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CREDIT SMART, LLC, a foreign limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | 2:13-cv-01135-GEB-CKD<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　Plaintiff states in her Unilateral Status Report filed August 5, 2013: "As of the date of the filing of this Status Report, Defendant has yet to file an answer or otherwise appear in this action[,]" and "Plaintiff anticipates filing a Motion for Entry of Default concurrently with this Unilateral Status Report." (Unilateral Status Report 2:8-9, 2:22-23; ECF No. 7.)

　　　　Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than September 30, 2013, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

1

1  Further, the status conference scheduled for hearing on August
2  19, 2013, is continued to commence at 9:00 a.m. on February 3, 2014. A
3  status report shall be filed fourteen (14) days prior to the status
4  conference in which Plaintiff is required to explain the status of the
5  default proceedings.
6  IT IS SO ORDERED.
7  Dated: August 13, 2013

```
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```